IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| **RENEE BRUNO,** | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | NO. PE:23-CV-00036 |
| | § | |
| **AMERICAN ECONOMY INSURANCE** | § | |
| **COMPANY AND DYLAN HARVILL,** | § | |
| *Defendants*. | § | |

### ORDER

Before the Court is Plaintiff's Notice of Dismissal as to Defendant Dylan Harvill (Doc. 3) filed September 28, 2023. Plaintiff Renee Bruno asks that the Court dismiss all of claims against Defendant Dylan Harvill without prejudice. (*Id*.). Federal Rule of Civil Procedure 41(a)(1)(A)(i) allows a plaintiff to voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i) Defendant Dylan Harvill has not served an answer or a motion for summary judgment. Plaintiff's notice is therefore "self-effectuating and terminates the case in and of itself; no order or other action of the district court is required." *In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th Cir. 2015), *as revised* (May 15, 2015). This stipulation has no effect on Plaintiff's claims against any other defendant to this action. This dismissal is without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(B).

It is further **ORDERED** that all motions as to Defendant Dylan Harvill, if any, are **DENIED** as **MOOT**.

It is so **ORDERED**.

SIGNED this 3rd day of October, 2023.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE