IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| **RENEE BRUNO,** *Plaintiff,* | § § § | |
| v. | § § | NO.   PE:23-CV-00036 |
| **AMERICAN ECONOMY INSURANCE COMPANY,** *Defendant.* | § § § § | |

# ORDER

BEFORE THE COURT is the Notice of Alternative Dispute Resolution/Mediation Report (Doc. 20) filed September 18, 2024, informing the Court that the parties have reached a settlement in principle. Accordingly,

This case is **ADMINISTRATIVELY CLOSED** without prejudice to its being reopened to enter a final order of dismissal or to enter other orders if the settlement is not consummated. Counsel in this case are ordered to file the papers necessary to dismiss this action on or before **SIXTY (60)** days from the docketing of this Order.

All pending motions, if any, are therefore **DENIED AS MOOT**. The Court cancels the Final Pretrial Hearing and Jury Selection/Trial.

It is so **ORDERED**.

SIGNED this 19th day of September, 2024.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE